**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00453-RM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  ROBERTO MARTINEZ-ROMERO,

  Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

  Pursuant to the Notice of Disposition filed on December 30, 2013 (Docket No. 15).  A

Change of Plea Hearing is set for **January 27, 2014 at 1:00 p.m.** Counsel for the parties shall

email a courtesy copy of all change of plea documents separately to my chambers:

(Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours

before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing,

counsel shall bring with them an original and one copy of the plea agreement and the statement

in advance.  *See* D.C.COLO.LCrR 11.1F.

  The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which

includes a separate section identifying each essential element required by law for the

commission of each criminal offense to which the defendant intends to enter a plea of guilty.

The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED this 2nd day of January, 2014.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge